Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison Counsel for Plaintiffs

Joseph H. Meltzer (*Admitted Pro Hac Vice*)
Edward W. Ciolko (*Admitted Pro Hac Vice*)
Lisa Mellas
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| IN RE CALPINE CORPORATION ERISA LITIGATION | ) | Master File No. C 03-1685 SBA |
| | ) | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS. | ) | **STIPULATION and (PROPOSED) ORDER EXTENDING PAGE LIMIT ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

STIP. RE: PAGE EXT'N ON MOT. FOR PRELIMINARY APP. OF SETTLEMENT
Master File No. C 03-1685 SBA

Stip_060608.wpd

Plaintiffs and Defendants hereby stipulate pursuant to Local Rules 7-11 and 7-12 as follows:

The parties reached a settlement of the claims asserted in this action. The settlement requires preliminary approval and notice to the class pursuant to Rule 23(e). Plaintiffs prepared a motion for preliminary approval that exceeds the page limit for motions by approximately 15 pages. The extra pages are required to adequately provide the court with the information it needs to assess the settlement, particularly in light of the fact that this is an ERISA action, that has been considered by the District Court and the Ninth Circuit and is affected by a bankruptcy filing by the primary defendant.

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree, and Plaintiffs request the Court to order that the page limit for the Motion for Preliminary Approval of Settlement is 40 pages.

Dated: June 6, 2008

**GREEN WELLING LLP**

By: /s/
Robert S. Green

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison Counsel for Plaintiffs

Joseph H. Meltzer (*Admitted Pro Hac Vice*)
Edward W. Ciolko (*Admitted Pro Hac Vice*)
Lisa Mellas
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

Dated: June 6, 2008

**MORRISON & FOERESTER LLP**

By: /s/
Paul Flum

Melvin Goldman
425 Market Street
San Francisco, CA 94105
Phone: (415) 268-7000
Facsimile: (415) 268-7522

Counsel for Defendant Calpine Corporation

Dated: June 6, 2008

**LATHAM & WATKINS LLP**

By: /s/
John C. Tang

140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 463-4696
Facsimile: (650) 463-2600

Counsel for Individual Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/9/08

Saundra B. Armstrong
The Honorable Saundra B. Armstrong
United States District Judge

**GENERAL ORDER 45(X)**

I, Robert S. Green, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45 (X)(B), I hereby attest that Paul Flum and John C. Tang concurred in this filing.

Dated: June 6, 2008

By: /s/
Robert S. Green

**CERTIFICATE OF SERVICE**

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Green Welling, A Limited Liability Partnership, 595 Market Street, Suite 2750, San Francisco, California 94105. I am over the age of eighteen years and am not a party to this action. On June 6, 2008, I served the within document(s):

**STIPULATION and (PROPOSED) ORDER EXTENDING PAGE LIMIT ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

_XX_ by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

_____ by personally delivering the document(s) listed above the person(s) at the address(es) set forth below.

_____ by causing personal delivery by ______________________________ of the document(s) listed above to the person(s) at the address(es) set forth below.

_____ by depositing the document(s) listed above in a sealed envelope with delivery fees provided for a FedEx pick up box or office designated for overnight delivery, and addressed as set forth below.

_____ by transmitting via facsimile the above listed document(s) to the fax number(s) set forth below on this date.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed June 6, 2008, at San Francisco, California.

/s/
Leslie R. Cuesta

**IN RE CALPINE CORPORATION ERISA LITIGATION,**
**Master File No. C 03-01685 SBA**

**SERVICE LIST**

Paul Flum
Melvin Goldman
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Defendant Calpine Corporation*

Joseph H. Meltzer
Edward W. Ciolko
Lisa Mellas
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King Of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Plaintiffs*

Richard P. Bress
**LATHAM & WATKINS**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2137
Facsimile: (202) 637-2201

*Counsel for Individual Defendants*

John C. Tang
Patrick E. Gibbs
**LATHAM & WATKINS**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 463-4696
Facsimile: (650) 463-2600

*Counsel for Individual Defendants*