Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison Counsel for Plaintiffs

Joseph H. Meltzer (*Admitted Pro Hac Vice*)
Edward W. Ciolko (*Admitted Pro Hac Vice*)
Mark K. Gyandoh
**SCHIFFRIN BARROWAY TOPAZ &**
  **KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CALPINE CORPORATION ERISA LITIGATION | Master File No. C 03-1685 SBA |
| | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: | **STIPULATION and (XXXXXXXXX PROPOSED) ORDER EXTENDING PAGE LIMIT ON MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION COMPENSATION** |
| ALL ACTIONS | |

1  Plaintiffs and Defendants hereby stipulate pursuant to Local Rules 7-11 and 7-12 as
2  follows:
3  The parties reached a settlement of the claims asserted in this action and the settlement
4  was preliminarily approved per the Court's Order of July 17, 2008. Plaintiffs are now filing
5  memoranda of law in support of their Motions for Final Approval of Settlement and for an
6  Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Compensation
7  that exceed the page limit for motions. The extra pages are required to adequately provide the
8  court with the information it needs to assess the settlement, particularly in light of the fact that
9  this is an ERISA action that has been considered by the District Court and is affected by a
10 bankruptcy filing by the primary defendant.
11 THEREFORE, the parties, by and through their respective counsel, hereby stipulate and
12 agree, and Plaintiffs request the Court to order that the page limit for both the Motion for Final
13 Approval of Settlement and the Motion for an Award of Attorneys' Fees is 40 pages each.

Dated: October 8, 2008

**GREEN WELLING LLP**

By: ____/s/____
         Robert S. Green

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison Counsel for Plaintiffs

Joseph H. Meltzer (*Admitted Pro Hac Vice*)
Edward W. Ciolko (*Admitted Pro Hac Vice*)
Mark K. Gyandoh
**SCHIFFRIN BARROWAY TOPAZ &
   KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: October 8, 2008 | **MORRISON & FOERSTER LLP** |
| 2 | | |
| 3 | | By: /s/ |
| 4 | |     Paul Flum |
| 5 | | 425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000 |
| 6 | | Facsimile: (415) 268-7522 |
| 7 | | Counsel for Defendant Calpine Corporation |
| 8 | Dated: October 8, 2008 | **LATHAM & WATKINS LLP** |
| 9 | | |
| 10 | | By: /s/ |
| 11 | |     John C. Tang |
| 12 | | 140 Scott Drive<br>Menlo Park, CA 94025 |
| 13 | | Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600 |
| 14 | | |
| 15 | | Counsel for Individual Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/10/08

*[signature]*
The Honorable Saundra B. Armstrong
United States District Judge

### GENERAL ORDER 45(X)

I, Robert S. Green, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45 (X)(B), I hereby attest that Paul Flum and John C. Tang concurred in this filing.

Dated: October 8, 2008      By: /s/
    Robert S. Green

STIPULATION and (PROPOSED) ORDER EXTENDING PAGE LIMIT ON MOTION
Master File No. C 03-1685 SBA      2

# CERTIFICATE OF SERVICE

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Green Welling, A Limited Liability Partnership, 595 Market Street, Suite 2750, San Francisco, California 94105. I am over the age of eighteen years and am not a party to this action. On October 8, 2008, I served the within document(s):

**STIPULATION and (PROPOSED) ORDER EXTENDING PAGE LIMIT
ON MOTION FOR FINAL APPROVAL OF SETTLEMENT
AND MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT
OF EXPENSES AND CASE CONTRIBUTION COMPENSATION**

by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

John C. Tang
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed October 8, 2008, at San Francisco, California.

_____/s/_____
Leslie R. Cuesta

STIPULATION and (PROPOSED) ORDER EXTENDING PAGE LIMIT ON MOTION
Master File No. C 03-1685 SBA